1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, NICHOLAS TERRY

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NO. 6:07-mj-00023-WMW
                                    )
11                                  )
                                    )    WAIVER OF DEFENDANT'S
12              Plaintiff,          )    PERSONAL APPEARANCE
                                    )
13 vs.                              )
                                    )
14 NICHOLAS TERRY,_____ )
                                    )
15              Defendant.          )
                                    )
16 _____)

17        TO THE ABOVE-ENTITLED COURT:

18        The Defendant, NICHOLAS TERRY, having been advised of his right to be present at all

19 stages of proceedings, including, but not limited to, presentation of and arguments on questions

20 of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

21 right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

22 hearings concerning which the defendant waives the right to be present include when the case is

23 set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

24 during a plea or change of plea, during sentencing or any case disposition, when a motion for

25 reduction of bail or for a personal recognizance release is heard.

26        The undersigned Defendant requests the Court to proceed during every absence of the

27 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28 is represented at all times by the presence of his attorney the same as if the Defendant were

1 personally present in court, and further agrees that notice to Defendant's attorney that
2 Defendant's presence in court on a particular day at a particular time is required is notice to the
3 Defendant of the requirement of Defendant's appearance at that time and place.
4
5 Dated: February 26, 2007
                                              By: /s/ Nicholas Terry
6                                                 NICHOLAS TERRY
7 Dated: February 26, 2007
8                                             By: /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
9                                                 Attorney for Defendant,
                                                  NICHOLAS TERRY
10 IT IS SO ORDERED.
11 **Dated:     February 27, 2007**            /s/  William M. Wunderlich
   mmkd34                                     UNITED STATES MAGISTRATE JUDGE